[No. 37006-5-I.     Division One.     March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DION CHRISTOPHER SUMMERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06318-5, Robert H. Alsdorf, J., entered July 10, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37130-4-I.     Division One.     March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW WILLIAM HAAGEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-02836-7, Michael Spearman, J., entered July 31, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37345-5-I.     Division One.     March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MAX GARCIA ROJAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02925-2, Robert H. Alsdorf, J., entered September 28, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid and Cox, JJ.

[No. 37374-9-I.     Division One.     March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH D. CODY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01662-2, Gerald L. Knight, J., entered September 6, 1995. *Affirmed* by unpublished per curiam opinion.